CHARLES W. WESTON *et al.*

*v.*

THE PEOPLE *ex rel.* Henry B. Miller, Collector, etc.

1. TAXES—*collector's affidavit and jurat thereto.* On application, by the collector, for judgment against delinquent lands, his oath "that the foregoing is a true and correct list of the delinquent lands and lots within the county of C, upon which I have been unable to collect the taxes, and special assessments, interest and printer's fees charged thereon, as required by law, for the year or years therein set forth; that said taxes, assessments, interest and printer's fees now remain due and unpaid as I verily believe," and signed, "Henry B. Miller, county treasurer, and ex-officio county collector of Cook county, Illinois," and the following jurat thereto: "Subscribed and sworn to before me, this 3d day of June, A. D. 1875," and signed by the county clerk, were held to be in substantial compliance with the statute.

2. FORMER DECISION. The opinion in *Hochlander* v. *Hochlander*, 73 Ill. 618, as to the collector's oath for judgment against lands for taxes, has been since modified.

APPEAL from the County Court of Cook county; the Hon. MARTIN R. M. WALLACE, Judge, presiding.

This was an application, by the collector of Cook county, for judgment against certain lands and lots for the taxes,

special assessments, etc., due thereon.   To the delinquent list and report was annexed the following affidavit and jurat:

"STATE OF ILLINOIS, }   *ss.*
  *County of Cook.*  }

"I, Henry B. Miller, collector of the county of Cook, do solemnly swear that the foregoing is a true and correct list of the delinquent lands and lots within the county of Cook, upon which I have been unable to collect the taxes and special assessments, interest and printer's fees charged thereon, as required by law, for the year or years therein set forth; that said taxes, assessments, interest and printer's fees now remain due and unpaid, as I verily believe.

"HENRY B. MILLER,
*"County treasurer, and ex-officio county collector of Cook county, Ill.*

"Subscribed and sworn to before me, this 3d day of June, A. D. 1875.                    HERMAN LIEB,
*"County clerk."*

Various objections were filed against the rendition of judgment for the taxes, etc., among which was, that the certificate and oaths required to be made by the several officers for the collection of taxes and assessments, were not made at the time and in the manner and form required by law.

The county court overruled the objections, and rendered judgment as prayed.

Messrs. NOYES & WHITE, for the appellants.

Mr. JOHN M. ROUNTREE, for the appellee.

Per CURIAM:  There is no force to the objection made to the judgment in this case.   The affidavit of the collector, and the jurat thereto, are in substantial compliance with the statute in that regard.

In *Hochlander* v. *Hochlander*, 73 Ill. 618, cited by appellant, it did not appear that the collector, or any other person, stated on oath that he had served the process.   It is not said this should appear in the jurat.   The opinion in that case has

·been since modified. It sufficiently appears, in this case, the collector did take the required oath, and in the form prescribed by sec. 190, Rev. Stat. 1874.

The judgment is affirmed, with five per cent damages.

*Judgment affirmed.*